FILED: August 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4792
(5:15-cr-00184-FL-6)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOHN BOYNTON SIDBURY

      Defendant - Appellant

_____

O R D E R
_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Chief Judge Gregory with the concurrence of Judge Traxler and Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk