FILED: September 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4792
(5:15-cr-00184-FL-6)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JOHN BOYNTON SIDBURY

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 08/19/2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*